**Allan Ray MCFARLAND,**
**Petitioner–Appellant,**

v.

**Cole JETER, Warden, FCI–Fort Worth,**
**Respondent–Appellee.**

No. 06–10349

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

Allan Ray McFarland, Fort Worth, TX, pro se.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Allan Ray McFarland, federal prisoner # 40015–080, filed a 28 U.S.C. § 2241 petition challenging the 60–month sentence he received following his guilty plea conviction for being a felon in possession of a firearm. Because McFarland did not meet the requirements for proceeding under the "savings clause" of 28 U.S.C. § 2255, the district court dismissed his petition for lack of jurisdiction. McFarland timely appealed and has moved for a certificate of appealability (COA) and the appointment of counsel.

A COA is not required for McFarland to proceed on appeal. *See Jeffers v. Chandler,* 253 F.3d 827, 830 (5th Cir.2001). McFarland concedes that the district court correctly dismissed his § 2241 petition for lack of jurisdiction. He argues, however, that the Antiterrorism and Effective Death Penalty Act (AEDPA) is unconstitutional because it violates the Suspension Clause. This court has rejected the contention that the AEDPA violates the Suspension Clause. *See Turner v. Johnson,* 177 F.3d 390, 392–93 (5th Cir.1999).

The judgment of the district court is AFFIRMED. McFarland's motion for a COA is DENIED AS UNNECESSARY. His motion for the APPOINTMENT OF COUNSEL is also DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.